**Exhibit 1**



**Official Record**
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry: 03/30/2022

On March 25, 2022, Special Agents (SA) Shane Andersen and Alicia Ceroni transported the following evidence items from FBI West Covina Resident Agency to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Field Office in Glendale, California, in order to undergo an interstate nexus review by ATF SA Alex Liwienski. SA Liwienski removed the firearms from the packaging, inspected the firearms, and returned the firearms in safe condition. ATF Liwienski, a firearms instructor, certified the firearms were rendered safe before being repackaged. The items remained under SA Andersen's custody throughout the examination.

The following items were taken to ATF:

1B36: Sig Sauer P238

   114 rounds of .380 ammunition were counted. The magazines and boxed ammo were removed from 1B36 and have been separately entered into evidence.

1B38: 22 Magazines

   596 rounds of 5.56mm and 25 rounds of 6.5 Creedmoor ammunition were contained in the magazines.

1B39: Boxed and bagged Ammunition

   735 rounds of 9mm, 2210 rounds of 5.56mm, and 65 rounds of 6.5 Creedmoor ammunition were counted.

1B43: SIG M400 (black) SN: 20L071513

1B44: SIG M400 (black) SN: 20L071227

1B45: Black Sig 9mm P320 SN: 58J050318

1B46: Black Sig 9mm P320 SN: 58J181919

1B47: Black Sig 9mm P320 SN: 58J050374

UNCLASSIFIED//FOUO

Investigation on 03/25/2022 at Glendale, California, United States (In Person)

File #: [redacted]

Date drafted: 03/25/2022

by ANDERSEN SHANE M, Alicia Marie Ceroni

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interstate Nexus Review of Firearms, Ammunition, On 03/25/2022, Page 2 of 2

1B48: Black Sig 9mm P320 SN: 58J111339

1B49: Black SIG SAUER Cross SN: 70A007276

1B50: 6 Rifle Magazines, 8 Pistol Magazines

    128 rounds of 9mm, 85 rounds of 5.56 mm, and 30 rounds of 6.5 Creedmoor ammunition were contained in the magazines.

1B51: Revolver S/N 522262

1B52: 11 Sig Sauer Magazines, 7 Boxes 9mm ammo

    132 rounds of 9mm ammunition were counted in the boxes.

During the review, SAs Andersen and Ceroni downloaded the loaded magazines in order to count and sort the rounds for interstate nexus examination. The rounds were placed into ziplock bags and sealed into the evidence boxes. Item 1B50 was resealed into a larger box to contain the magazines and bags containing ammunition. Special Agents counted the following amount of ammunition:

    114 rounds .380

    995 rounds 9mm

    2891 rounds 5.56mm

    120 rounds 6.5 Creedmoor

Following the review, SA Andersen returned the items to FBI West Covina for temporary storage. On March 28, 2022, the firearms and ammunition were taken to the FBI-Los Angeles ECC.