**Exhibit 2**

FD-597 (Rev. 6-16-2021)                                                                                             Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: ▉▉▉▉▉▉▉▉

On (date) 03/18/2022

Item(s) listed below were:
- ☑ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Sean Schoepflin

(Street Address) 727 W. 7th St. APT PH2-2

(City) Los Angeles, CA, 90017

Description of Item(s):
29 Small sig saver handgun and ammo
30 iPhone 13
31 20x 5.56x45 magazines; two 7.62x51
32 Boxed and bagged ammunition
33 Silver HP laptop, SN: CNU12839G7
34 iPad S/N DMQJLBXCF182
35 HP Pro Book
36 SIG M 400 (black) SN: 20L071513
37 SIG M400 (black) SN: 20L071227
38 Black Sig 9mm SN: 58J050318
39 Black Sig 9mm SN: 58JI8I919
40 Black SIG 9mm   SN: 58J050374
41 Black SIG 9mm SN: 58J111339
42 Black SIG SAURE cross SN: 70A007276
43 6 rifle magazines,8 pistol magazines
44 Revolver S/N 522262
45 11 x sig sauer 40 magazines; 7xboxes 9mm ammo
46 Business Documents
47 Miscellaneous Documents
48 Business Documents
49 Business Documents
50 Business Documents
51 Scope boxes
52 Gun carrying bags
53 Gun Boxes
54 Tactical vests and belts
55 Helmets and gas masks
56 Zero platform

Received By:_____   Received From: _____
                  (Signature)                                                (Signature)

Printed Name/Title:_____

Printed Name/Title:_____

FD-597 (Rev. 6-16-2021)                                                        Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████

On (date): 03/18/2022

Item(s) listed below were:
- ☑ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Sean Schoepflin

(Street Address) ███████████

(City) ███████████

Description of Item(s):

1. Apple I Mac
2. Hard Drive
3. Black Binder
4. iPad in Black Case
5. Surface Tablet
6. SanDisk Thumb Drive
7. Composition Book
8. Micro SD Card
9. Documents (Bank/Tax) inside file keeper binder
10. Financial, accounting, bank documents
11. Capital Adventures Documents
12. Miscellaneous Notes
13. iPhone (Model A1549)
14. Macbook
15. iPhone in metal case
16. iPhone in black case
17. "Digital Army" documents
18. Business documents
19. SD card, Sony 64GB TVDN003489380
20. SD card, Sony 64GB TVDN003489379
21. SD card, SanDisk 128GB
22. MacBook Pro S/N W803426YATM
23. Black iPhone
24. SD Card Lexer 64GB L071823
25. Micro SD Card 0066YXGYE11S
26. Micro SD Card 0234YVDP9OUR
27. Micro SD Card 9493YXFQ80HJ
28. Micro SD Card 9442YVDEF275

Received By: _____  Received From: _____
                         (Signature)                                                                    (Signature)

Printed Name/Title: _____

Printed Name/Title: _____