# **Exhibit 3**

DATE:05-10-22*TIME:17:23*

MATCHED ON:*L/N*F/N* BD

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

*NAME:SCHOEPFLIN SEAN EDWARD*

IDENTIFYING INFORMATION:

LICENSE STATUS:
  NONE ISSUED*

DEPARTMENTAL ACTIONS:

NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:

VIOL/DT     SEC/VIOL     DKT/NO     COURT     VEH/LIC

03-15-19    26708A VC    HU86854    30470     7XWW257
            405095 VC
                         FINE AMOUNT DUE $ 532


05-08-19    22349A VC    *5G8Z00    30440     8EKX099
            405095 VC
                         FINE AMOUNT DUE $ 692


ACCIDENTS:
NONE

END