**Exhibit 4**

```
NO NCIC WANT NAM/SCH0EPFLIN,SEAN EDWARD D0B/19790918 SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

*******
TO: FBIK   FROM: CLETS                   05/10/22  17:24:33

CAFBILA00 RE: QSA.CAFBILA00.SCHOEPFLIN,SEAN EDWARD.M.DOB/19790918
NAME FIELD SEARCH REVEALS:
** NO HITS ON SEX/ARSON REGISTRATION **
******************* END OF CSAR MESSAGE *******************

*******
TO: FBIK   FROM: CLETS                   05/10/22  17:24:33

                                NAM/SCHOEPFLIN,SE
MATCH MADE ON NAM/SCHOEPFLIN,SEAN EDWARD
NAME FIELD SEARCH REVEALS:

WPS HIT # 001
HIT MADE ON NAM/SCHOEPFLIN,SEAN EDWARD
ORI/CA0190040 FCN/2321520902836
**MISDEMEANOR WARRANT: DO NOT ARREST/BOOK BASED ON THIS WARRANT**
NAM/SCHOEPFLIN,SEAN EDWARD      19790918 M X 507 130 BLK XXX
DOW/20150728 WNO/44794TT19990 TOW/MISD ENT/4
OFF/5499 TRAFFIC FAILURE TO APPEAR AF
BAIL/2,294
OCA/94TT19990
OLG/D01287332.AZ.2015
NOA/N
IMMEDIATELY CONFIRM WITH CA0190040 LASD WARRANTS MNE/WRL0
TELEPHONE 562 345-4457

********** END OF WPS MESSAGE **********
```