# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 22-0121-FMO | Date | May 16, 2022 |
| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
| Interpreter | None Present | | |

| Gabriela Garcia | None Present | Solomon Kim, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SEAN SCHOEPFLIN | NOT | X | | Deborah Gonzalez, DFPD | NOT | X | |
| ERIKA LEON | NOT | | X | Anthony Solis, CJA | NOT | X | |

**Proceeding**   **(In Chambers) Order Re: Case Deadlines**

Pursuant to the Court's Order of **May 16, 2022**, IT IS ORDERED THAT:

1. The discovery cutoff date shall be **August 19, 2022**.

2. Counsel and defendant shall attend a pretrial conference on **September 2, 2022,** at **2:00 p.m.** Unless otherwise ordered, hearings on all pending pretrial motions will be held at the same time as the pretrial conference.

3. The trial is scheduled to begin on **September 13, 2022**, at **9:00 a.m.** On the first day of trial, counsel must appear at 8:45 a.m. to discuss preliminary matters with the court.

4. Except as set forth above, the parties shall comply with the deadlines and requirements set forth in the Case Management Order, filed on April 18, 2022 and April 25, 2022, (Dkt. 33 and 39).

Initials of Deputy Clerk    gga